**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judy Carrillo, | No. CV-25-02548-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Coolidge Unified School District, et al., | |
| Defendants. | |

Plaintiff Judy Carrillo filed this suit naming as defendants the Coolidge Unified School District and "IRS Criminal Investigations." (Doc. 1.) Carrillo's complaint appears to assert claims for "conspiracy to slavery + human trafficking," and a wide variety of other crimes and civil wrongs. (Doc. 1 at 3.) Although difficult to understand, the complaint appears to be based on the Coolidge Unified School District engaging in money laundering, securities fraud, and "fiduciary fraud" by "making kids homeless and getting property for pimps." (Doc. 1 at 5.) These actions are allegedly "tax crimes" with some connection to the IRS. Carrillo seeks "600 million in punitive damages for hate crimes, civil rights violations, institutional discrimination and racism, child abuse and financial exploitation." (Doc. 1 at 4.)

"A patently insubstantial complaint may be dismissed . . . for want of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1)." *Neitzke v. Williams*, 490 U.S. 319, 327 n.6 (1989). Allegations that the Coolidge Unified School District and the IRS are conspiring to make children homeless so that they can be sexually abused are patently

1  insubstantial.

2  Accordingly,

3  **IT IS ORDERED** the complaint (Doc. 1) is **DISMISSED WITHOUT LEAVE**

4  **TO AMEND**. The Clerk of Court shall close this case.

5  **IT IS FURTHER ORDERED** the Application (Doc. 2) is **DENIED AS MOOT**.

6  Dated this 25th day of July, 2025.

*(signature)*
Honorable Krissa M. Lanham
United States District Judge